IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DARLA DUNLAP,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00790-O-BP |
| | § | |
| **FORT WORTH INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 8) is **GRANTED**. Plaintiff's claims under Title VII of the Civil Rights Act of 1962; Chapter 21 of the Texas Labor Code; the Americans with Disabilities Act of 1990; and the Age Discrimination in Employment Act of 1967, as well as her defamation claims against Fort Worth Independent School District, are **DISMISSED WITH PREJUDICE**. Plaintiff's civil rights claims under 42 U.S.C. § 1983 and Plaintiff's defamation claims under Texas law against individual defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **18th day** of **January, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**